FLINT & BRADLEY, INC., Respondent, v. PHILIP MORRIS, Appellant.— Determination unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ. [199 Misc. 1030.]

In the Matter of the Construction of the Will of EVA S. McENANY, Deceased. CATHERINE S. ROTH, Appellant; ASBURY PARK NATIONAL BANK AND TRUST COMPANY, as Executor of CLARK S. SHIPMAN, Deceased, et al., Respondents.— Decree unanimously affirmed, with costs to the respondent Asbury Park National Bank and Trust Company, as executor, etc. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ. [See post, p. 823.]

LADENHEIM FIXTURES CORP., Respondent, v. PHILIP FELDMAN, Individually and Doing Business under the Name of FELLOW-BROWN CONTRACTING Co., Respondent. PHILIP FELDMAN, Doing Business under the Name of FELLOW-BROWN CONTRACTING Co., Third-Party Plaintiff-Respondent, v. DOUBLEDAY & COMPANY, INC., Third-Party Defendant-Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY SCIALABBA, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.

In the Matter of the Accounting of MARION F. MOLLOY, as Administratrix of the Estate of JAMES P. MOLLOY, Deceased, Appellant. EDWARD PINE, as Special Guardian for JAMES P. MOLLOY, JR., an Infant, Respondent.— Decree appealed from unanimously dismissed, with costs to the respondent, upon the ground that the notice of appeal was not timely served (People ex rel. Manhattan Stor. & Warehouse Co. v. Lilly, 299 N. Y. 281). Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ. [See post, pp. 935, 941.]

SIDNEY SIGMUND et al., Respondents-Appellants, v. SAMUEL KAPLAN, Appellant, and ALLEN GOODMAN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.

SIDNEY SIGMUND et al., Respondents, v. ALLEN GOODMAN, Appellant.— Appeal from order unanimously dismissed. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.

MAYE ISLER, Respondent, v. CITY OF NEW YORK et al., Respondents, and HAZEL B. MARJENHOFF, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.